UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. McKENZIE,  <br>     Plaintiff,  <br>     v.  <br>B. K. RUSH, et al.,  <br>     Defendants. | 1:05-CV-00045-AWI-WMW-P  <br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT  <br>(DOCUMENT #13) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 21, 2006, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of March 20, 2006.

IT IS SO ORDERED.

**Dated:   May 15, 2006**            /s/  William M. Wunderlich  
j14hj0                               UNITED STATES MAGISTRATE JUDGE